Writ denied. Under the facts found by the Court of Appeal there is no error of law in the judgment.

234 So.2d 194

**Mrs. Jetty FAIRBANKS et al.**

**v.**

**The TRAVELERS INSURANCE COMPANY et al.**

No. 50473.

May 4, 1970.

In re: The Travelers Insurance Company, applying for certiorari, or writ of review, to the Court of Appeal, Second Circuit, Parish of Madison. 232 So.2d 323.

Writ refused. On the facts found by the Court of Appeal, the result is correct.

McCALEB and HAMLIN, JJ., are of the opinion that the application should be granted.

234 So.2d 194

**Robert B. REED et al.**

**v.**

**CLASSIFIED PARKING SYSTEM, INC. et al.**

No. 50474.

May 4, 1970.

In re: Classified Parking System, Inc. applying for certiorari, or writ of review, to the Court of Appeal, Second Circuit, Parish of Caddo. 232 So.2d 103.

Writ refused. Under the facts found by the Court of Appeal there is no error of law in the judgment.